UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: THE MARKS LAW FIRM, P.C.

| | |
|---|---|
| EUGENE DUNCAN, ETC.<br><br>                          Plaintiff(s)<br>- against -<br><br>METAMORPHOSIS DAY SPA, INC.<br>                          Defendant(s) | Index # 19-CV-3582<br><br>Purchased April 24, 2019<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 17, 2019 at 10:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS AND COMPLAINT & CIVIL COVER SHEET on METAMORPHOSIS DAY SPA, INC. therein named,

**SECRETARY OF STATE**    a Domestic corporation by delivering two true copies to SUE ZOUKY, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 55 | 5'1 | 150 |

Sworn to me on:  May 22, 2019

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | STEVEN C. AVERY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | Invoice #: 719480 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045