UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EUGENE DUNCAN,                                                    **DEFAULT JUDGMENT**

                   Plaintiff,

                                                                               *Civil Action No.:*
      -against-                                                                                      1:19-cv-03582-JPO


METAMORPHOSIS DAY SPA, INC.,

                   Defendant.

-------------------------------------X

     NOW THEREFORE, This action having been commenced on April 23, 2019, by the filing of the summons, civil cover sheet, and complaint, and a copy of the same having been served through the secretary of state on May 17, 2019, and the Defendant not having answered the complaint, and the time for answering the complaint having expired, it is

     ORDERED, ADJUDGED, AND DECREED: That the Plaintiff have judgment against the Defendant, who shall take all necessary steps to remediate their website WWW.METSPA.COM until it is brought into compliance with the Americans With Disabilities Act, the New York City Human Rights Laws ("NYCHRL"), the New York State Human Rights Law ("NYSHRL"), any pertinent regulations, and the WCAG 2.0 AA guidelines, such that the website is readily accessible to and usable by visually impaired individuals; that the Plaintiff be awarded not less than five hundred dollars ($500) in compensatory damages based on the Defendant's violation of the NYCHRL and the NYSHRL; that the Defendant comply with the terms of the Final Judgment within sixty (60) days of the entry of judgment; and that this Honorable Court retain jurisdiction relating to the

Plaintiff's attorneys' fees, and said motion shall be filed within ninety (90) days of entry of this Final Judgment.

Dated: New York, New York

December 8, 2020

_____
J. PAUL OETKEN
United States District Judge